☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    v.

JAMIE RIVERA,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

**07 CRIM 965**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            October 9, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

          By:   _____
                Marshall A. Camp
                Assistant United States Attorney

                AGREED AND CONSENTED TO:

          By:   _____
                Edward Wilford, Esq.
                Attorney for Jamie Rivera

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

10/10/07 WHEEL A

TOTAL P.02