UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JAIME RIVERA,

        Defendant.

- - - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

S1 07 Cr. 965 (SHS)

*[handwritten: 841(b)(1)(A) and 841(b)(1)(B)]*

    The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                               _/s/ Jaime Rivera_
                               JAIME RIVERA

                               _/s/ Edward D. Wilford_
                               EDWARD D. WILFORD, ESQ.
                               Attorney for Jaime Rivera

            Witness:   _/s/ Laura Blakely_

Date:    New York, New York
         January 14, 2008

*[USDC SDNY Document Electronically Filed stamp: JAN 1 4 2008]*